GEORGENA H. JAHN, Respondent, *v.* MORRIS BERZON, Appellant, and 726 BRADLEY CORPORATION et al., Respondents, Impleaded with Others.

Submitted May 15, 1939; decided May 23, 1939.

*Sidney H. Posner* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.

In the Matter of the Probate of the Will of ANNIE KATZ, Deceased.

DAVID READER et al., Appellants; HERMAN KATZ et al., Respondents.

Submitted May 15, 1939; decided May 23, 1939.

Motion to amend the remittitur granted. Return of remittitur requested and when returned it will be amended to recite that the allowances already made below are not reversed. (See 277 N. Y. 470.)